[No. 6154–0–III.  Division Three.  March 19, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE
B. HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 83–1–00058–8, James B. Mitchell, J.,
entered November 1, 1983. *Vacated* and *remanded* by
unpublished opinion per Green, C.J., concurred in by
Munson and Thompson, JJ.

[No. 6111–6–III.  Division Three.  March 19, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. REUBEN
DANIEL SOLOMON, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–1–00637–7, Michael E. Donohue, J.,
entered September 16, 1983. *Affirmed* by unpublished
opinion per Munson, J., concurred in by McInturff, A.C.J.,
and Thompson, J.

[No. 6997–1–II.  Division Two.  March 20, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
CURTINDALE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–01562–0, Robert H. Peterson, J., entered
March 29, 1983. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Worswick, C.J., and Reed, J.